People v Sherrita L.C.
2026 NY Slip Op 03599
June 5, 2026
Appellate Division, Fourth Department
Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.
This decision is uncorrected and subject to revision before publication in the Official Reports.

THE PEOPLE OF THE STATE OF NEW YORK, RESPONDENT,
v
SHERRITA L.C., DEFENDANT-APPELLANT.

Supreme Court of the State of New York, Appellate Division, Fourth Judicial Department
Decided on June 5, 2026
529 KA 23-00796
Present: Whalen, P.J., Curran, Ogden, Greenwood, And Hannah, JJ.

JULIE CIANCA, PUBLIC DEFENDER, ROCHESTER, COZEN O'CONNOR, MIAMI, FLORIDA (KURT K. LUNKENHEIMER OF COUNSEL), FOR DEFENDANT-APPELLANT.
BRIAN P. GREEN, DISTRICT ATTORNEY, ROCHESTER (LISA GRAY OF COUNSEL), FOR RESPONDENT.

Appeal from an order of the Monroe County Court (Douglas A. Randall, J.), rendered April 10, 2023. The order denied defendant's application for resentencing pursuant to the Domestic Violence Survivors Justice Act.
[*1]
It is hereby ORDERED that the order so appealed from is unanimously affirmed for reasons stated in the decision at County Court.
Entered: June 5, 2026
Ann Dillon Flynn
Clerk of the Court